

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00513-CR

Anna Linda **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10615
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment of conviction for injury to a child and RENDER a judgment of acquittal.

SIGNED August 14, 2019.

_____
Beth Watkins, Justice